## No. 227

### ADAMS v. TREPANIER LUMBER CO.

Ohio Appeals, 6th Dist., Wood Co.

No. 394. Decided Feb. 21, 1927

681. JURISDICTION—Sections 10224 and 10225 GC. give justices of the peace county wide jurisdiction in attachment proceedings.

First Publication of this Opinion

RICHARDS, J.

The original action was brought before a justice of the peace and was in attachment. On motion the attachment was dissolved by the magistrate and thereupon over the objections and exception of the defendant, S. F. Adams, the trial proceeded on the merits, the contention made in his behalf being that as he was a non-resident of the township ni which the proceedings were brought, the court had no jurisdiction over him after the discharge of the attachment. Judgment was rendered against

Adams and was affirmed by the Wood Common Pleas. The Court of Appeals held:

1. Under 10224 GC. justices of the peace are given jurisdiction in attachment co-extensive with the county, and by 10225 GC. the jurisdiction is co-extensive with the county when the summons is accompanied with an order to attach property, except as otherwise specially provided.

2. The record discloses that the attachment in this case was procured and issued in good faith and the precise question having been decided in Kelly v. Flanagan, 20 O. C. C. 391, and followed in Collins v. Bingham Bros., 12 O. C. D. 825, lays down the true principal and will not be disturbed.

Judgment affirmed.

(Williams and Lloyd, JJ., concur.)

Attorneys—B. F. James for Adams; J. E. Kelley for Company; all of Bowling Green.